UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LOUIS DUPLAN,

        Plaintiff,

   - against -                            **MEMORANDUM AND ORDER**
                                              15-CV-4136 (RRM) (LB)

THE CITY OF NEW YORK,

        Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendant, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

       ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
       March 30, 2017                         *Roslynn R. Mauskopf*
                                                 _____
                                                 ROSLYNN R. MAUSKOPF
                                                 United States District Judge